UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CURTIS GREEN, | : | |
| | : | |
| *Plaintiff*, | : | Civil Action No: _____ |
| | : | |
| v. | : | |
| | : | |
| BRIAN MCMAHON, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS AN OFFICER OF THE MILFORD POLICE DEPARTMENT, AND CITY OF MILFORD, CONNECTICUT | : | |
| *Defendants*. | : | August 22, 2019 |

## COMPLAINT

### Introduction

1. When Plaintiff Curtis Green put his arm outside his car window in response to a police command after police pulled him over, Defendant Milford Police Officer Brian McMahon came over and broke it. Plaintiff brings this Section 1983 and state law tort case to recover damages for his injuries.

### Jurisdiction

2. This case is brought pursuant to 42 U.S.C. § 1983 and the laws of the State of Connecticut. Jurisdiction is conferred pursuant to 28 U.S.C. § 1331, and this Court has supplemental jurisdiction over Plaintiff's state law claims under 28 U.S.C. § 1367.

### Parties

3. Plaintiff is 28 years old. He lives in Milford, Connecticut.

4. Defendant Brian McMahon is an officer with the Milford Police Department. He is sued in his individual and official capacities.

5. The City of Milford is a Connecticut Municipal Corporation.

**Facts**

6. On August 25, 2017, at about 8pm, Plaintiff was driving his mother's 2007 Honda Civic in Milford when Milford police officers in an unmarked car pulled him over.

7. Officers approached his car, telling him to "show us your hands" and "show us your keys."

8. Plaintiff did so. In compliance with the order he held his car keys in his left hand as he held his left arm out the driver's side window.

9. Defendant McMahon came over to the car, grabbed Plaintiff's left arm and twisted and pulled it back until his humerus broke with a loud snap.

10. The humerus broke diagonally and shattered into several pieces. Below the break, the bone was twisted inward toward Plaintiff's body and displaced approximately 2cm. Above the break, a "butterfly fragment," typically caused by severe trauma, was displaced outward, away from his body. Here is an image of the fracture:



11. After exhausting nonsurgical options, Plaintiff's physicians surgically placed a ten-inch plate along Plaintiff's humeral shaft to stabilize and fuse the fractures. The plate and the screws are are likely to remain permanently. Here is an image of the humerus with the plate and screws in place.



12. Plaintiff's injuries were serious, painful, and permanent. In addition to ongoing pain he has limited mobility, limited grip strength, limited ability to carry and lift items, and limited endurance, as well as emotional effects associated with the physical harms caused by the Defendant's conduct. His work opportunities and earning capacity have been reduced.

13. Defendant McMahon acted under color of state law.

14. Defendant McMahon's acts were intentional, undertaken with reckless disregard for Plaintiff's constitutional right to be free from excessive force, and objectively unreasonable.

**First Claim: Unconstitutional Use of Excessive Force by Defendant McMahon, pursuant to 42 U.S.C. § 1983**

15. The conduct of Defendant McMahon violated Plaintiff's Fourth and Fourteenth Amendment right to be free from excessive force.

**Second Claim: Assault and Battery by Defendant McMahon, pursuant to Connecticut State Law**

16. The conduct of Defendant McMahon violated Plaintiff's right under Connecticut law to be free from unlawful assault and battery.

**Third Claim: Negligence by Defendant McMahon, pursuant to Connecticut State Law**

17. The conduct of Defendant McMahon was a severe deviation from appropriate police practices and amounted to neglect of duty, conduct unbecoming an employee, violation of the general orders of the department, and a breach of the duty of care owed to Plaintiff, causing damages. Defendant McMahon is therefore liable to Plaintiff in negligence.

**Fourth Claim: Municipal Liability against City of Milford, pursuant to Connecticut State Law**

18. At all relevant times Defendant McMahon was acting within the scope of his employment as a Milford police officer.

19. The defendant City of Milford is therefore liable to Plaintiff pursuant to Connecticut General Statutes § 52-557n(a)(1)(A).

### Prayer for Relief

WHEREFORE, Plaintiff requests the following relief:

    A.    Compensatory damages;

    B.    Punitive damages;

    C.    Attorney's fees and costs.

    D.    Such other and further relief as the Court may deem proper and just.

THE PLAINTIFF

By /s/ David N. Rosen
David N. Rosen, ct00196
Barbara Goren, ct26728
Alexander T. Taubes, ct30100
David Rosen & Associates, P.C.
400 Orange Street
New Haven, CT 06511
(203) 787-3513
(203) 787-1605 fax
drosen@davidrosenlaw.com
bgoren@davidrosenlaw.com
ataubes@davidrosenlaw.com